UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**ROYAL MANUFACTURED HOMES, LLC**　　　　**CIVIL ACTION NO. 6:09-cv-01063**

**VERSUS**　　　　**JUDGE MELANÇON**

**NEW HAMPSHIRE INSURANCE COMPANY**　　　　**MAGISTRATE JUDGE HANNA**

## ORDER REGARDING JURISDICTION

The record shall reflect that this court has conducted a review of the pleadings. The plaintiff seeks to recover from its insurer on an underlying redhibition claim. The redhibition lawsuit seeks the rescission of the sale of a mobile home, which was purchased for an amount in excess of $80,000, as well as other damages. The undersigned concludes that it appears from the face of the pleadings that the jurisdictional amount required for diversity jurisdiction exists.

With regard to the alleged diversity of the parties, however, the undersigned concludes that the removing party has alleged insufficient facts. The party invoking subject matter jurisdiction in federal court has the burden of establishing the court's jurisdiction.[1] In this case, defendant New Hampshire Insurance Company removed the matter from state court. New Hampshire is, therefore, the party invoking federal court jurisdiction. New Hampshire alleges that the plaintiff in the lawsuit, Royal Manufactured Homes, LLC is a citizen of the State of Louisiana

---

[1] *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253-1254 (5th Cir. 1998).

with its principal place of business in the State of Louisiana. But the citizenship of a limited liability company is determined by the citizenship of the company's members,[2] and New Hampshire's removal notice contains no information identifying Royal's members or stating each member's citizenship.

Therefore, IT IS ORDERED that, not later than fourteen days from the date of this order, New Hampshire shall file a supplemental removal notice addressing Royal's citizenship and the diversity of the parties.

Signed at Lafayette, LA, this 20th day of April, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[2] *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).