UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ROYAL MANUFACTURED HOMES,     CIVIL ACTION NO. 09-cv-1063

VERSUS                        MAGISTRATE JUDGE HANNA

NEW HAMPSHIRE INSURANCE        BY CONSENT OF THE PARTIES
COMPANY

## ORDER

Upon further consideration, the Court is inclined to dismiss this action rather than stay it, pursuant to the analysis set forth in *Brillhart v. Excess Insurance Co. of America*, 316 U.S. 491, 495 (1942), and *Wilton v. Seven Falls Co*., 515 U.S. 277, 289-90 (1995).  Accordingly,

IT IS ORDERED that the parties submit briefs, not later than fourteen days after the date of this order, addressing whether this action should be stayed, dismissed, or tried in this forum.

Signed at Lafayette, Louisiana on this 30th day of January 2012.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)